No. 02–786.  PARKMAN v. UNIVERSITY OF SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–868.  SKEDDLE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–878.  VILLA MARIA NURSING & REHABILITATION CENTER, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 11th Cir.  Certiorari denied.

No. 02–880.  ANEJA v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–889.  CRUMP v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–900.  HARRIS ET UX. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–944.  WEAVER, SUBSTITUTE ADMINISTRATOR OF THE ESTATE OF HEARN, DECEASED v. HINSHAW ET AL.  Ct. App. Ind.  Certiorari denied.

No. 02–948.  JEFFERSON RANDOLPH CORP., DBA JRC TRUCKING, INC., ET AL. v. PROGRESSIVE DATA SYSTEMS, INC., ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 02–951.  THYSSEN INC. v. M/V MARKOS N ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–970.  MGM GRAND HOTEL, LLC v. RENE.  C. A. 9th Cir.  Certiorari denied.

No. 02–1033.  SWEENEY v. CARTER, ATTORNEY GENERAL OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 02–1034.  WATTERS, T/A KEITH WATTERS AND ASSOCIATES v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.  C. A. D. C. Cir.  Certiorari denied.

No. 02–1035.  PEARL v. CITY OF LONG BEACH, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.